ALTSHULER BERZON LLP
JAMES M. FINBERG
jfinberg@altber.com
EVE H. CERVANTEZ
ecervantez@altber.com
MEREDITH A. JOHNSON
mjohnson@altber.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Inidividual and
Representative Plaintiffs
HERNAN GUZMAN PADILLA,
and CIPRIANO BENITES,
individually and on behalf of all
others similarly situated.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERNAN GUZMAN PADILLA, and CIPRIANO BENITES, individually and on behalf of all others similarly situated.**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**GERARD VAN DE POL; HENRY VAN DE POL; AND GERARD VAN DE POL AND HENRY VAN DE POL d/b/a/ G&H DAIRY**<br><br>**Defendant.** | Case No. 2:17-cv-00196-JAM-KJN<br><br>**NOTICE OF APPEARANCE OF JAMES M. FINBERG, EVE H. CERVANTEZ AND MEREDITH A. JOHNSON** |

James M. Finberg, Eve H. Cervantez, and Meredith A. Johnson, of the law firm of Altshuler Berzon, LLP, hereby appear as additional counsel on behalf of Plaintiffs Hernan Guzman Padilla and Cipriano Benites, and proposed classes of others similarily situated, in the above-captioned case.

| | | |
|---|---|---|
| 1 | Dated: February 14, 2017 | ALTSHULER BERZON LLP |
| 2 | | By: ___*/s/ James M. Finberg*___ |
| 3 | | James M. Finberg |
| 4 | | Eve H. Cervantez |
| | | Meredith A. Johnson |
| 5 | | *Attorneys for Plaintiffs and others similarly situated* |