| | |
|---|---|
| ALTSHULER BERZON LLP<br>JAMES M. FINBERG (SBN 114850)<br>EVE H. CERVANTEZ (SBN 164709)<br>MEREDITH A. JOHNSON (SBN 291018)<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile:(415) 362-8064<br>jfinberg@altber.com<br>ecervantez@altber.com<br>mjohnson@altber.com<br><br>CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION<br>DAWSON MORTON (SBN 802667, Registered Legal Services Attorney)<br>R. ERANDI ZAMORA (SBN 281929)<br>ALEXANDRA REVELAS (SBN 305201)<br>2210 K Street, Suite 201<br>Sacramento, CA 95816<br>Telephone: (916) 538-877<br>Facsimile: (916) 446-3057<br>dmorton@crlaf.org<br>ezamora@crlaf.org<br>arevelas@crlaf.org | TERPSTRA HENDERSON<br>STACY L. HENDERSON (SBN 222216)<br>578 N. Wilma Avenue, Suite A<br>Ripon, CA 95366<br>Office: (209) 599-5003<br>Fax: (209) 599-5008<br>shenderson@thtlaw.com<br><br>*Attorneys for Defendants* |

*Attorneys for Individual and Representative Plaintiffs*
*HERNAN GUZMAN PADILLA, and CIPRIANO BENITES,*
*individually and on behalf of all others similarly situated.*

[Additional Counsel for Plaintiffs listed on next page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HERNAN GUZMAN PADILLA, and CIPRIANO BENITES, individually and on behalf of all others similarly situated.**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**GERARD VAN DE POL; HENRY VAN DE POL; AND GERARD VAN DE POL AND HENRY VAN DE POL d/b/a/ G&H DAIRY**<br><br>**Defendant.** | Case No. 2:17-cv-00196-JAM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

MAYALL HURLEY P.C.
ROBERT J. WASSERMAN, Bar No. 258538
WILLIAM J. GORHAM, Bar No. 151773
NICHOLAS J. SCARDIGLI, Bar No. 249947
VLADIMIR J. KOZINA, Bar No. 284645
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 477-4818
rwasserman@mayallaw.com
wgorham@mayallaw.com
nscardigli@mayallaw.com
vjkozina@mayallaw.com

*Attorneys for Individual and Representative Plaintiffs HERNAN GUZMAN PADILLA, and CIPRIANO BENITES, individually and on behalf of all others similarly situated.*

WHEREAS, the Complaint in this action was served on February 15, 2017;

WHEREAS, in the absence of any extension, pursuant to Fed. R. Civ. P. 12 (a)(1)(A) Defendants would be required to answer or otherwise respond to the complaint on or before March 7, 2017;

WHEREAS, the parties would like to focus their efforts on informal exchange of information and explore the possibility of settlement;

WHEREAS, Defendants have asked to extend the time for them to answer or otherwise respond to the Complaint to April 28, 2017, and Plaintiffs have agreed;

WHEREAS, pursuant to Local Rule 144, an extension of longer than 28 days must be approved by the Court;

The Parties through their counsel of record, hereby stipulate and agree as follows:

1) Defendants should have until April 28, 2017 to answer or otherwise respond to the Complaint in this action.

Dated: February 21, 2017          ALTSHULER BERZON LLP

By: _____*/s/ James M. Finberg*_____
James M. Finberg
Eve H. Cervantez
Meredith A. Johnson
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile:(415) 362-8064
jfinberg@altber.com
ecervantez@altber.com
mjohnson@altber.com

| | | |
|---|---|---|
| Dated: February 21, 2017 | | CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION |
| | By: | /s/ *Dawson Morton* |
| | | Dawson Morton |
| | | R. Erandi Zamora |
| | | Alexandra Revelas |
| | | 2210 K Street, Suite 201 |
| | | Sacramento, CA 95816 |
| | | Telephone: (916) 538-877 |
| | | Facsimile: (916) 446-3057 |
| | | dmorton@crlaf.org |
| | | ezamora@crlaf.org |
| | | arevelas@crlaf.org |
| Dated: February 21, 2017 | | MAYALL HURLEY P.C. |
| | By: | /s/ *Robert J. Wasserman* |
| | | Robert J. Wasserman |
| | | William J. Gorham |
| | | Nicholas J. Scardigli |
| | | Vladimir J. Kozina |
| | | 2453 Grand Canal Boulevard |
| | | Stockton, California 95207-8253 |
| | | Telephone: (209) 477-3833 |
| | | Facsimile: (209) 477-4818 |
| | | rwasserman@mayallaw.com |
| | | wgorham@mayallaw.com |
| | | nscardigli@mayallaw.com |
| | | vjkozina@mayallaw.com |

*Attorneys for Individual and Representative Plaintiffs HERNAN GUZMAN PADILLA, and CIPRIANO BENITES, individually and on behalf of all others similarly situated.*

| | | |
|---|---|---|
| Dated: February 21, 2017 | | TERPSTRA HENDERSON |
| | By: | /s/ *Stacy L. Henderson* |
| | | Stacy L. Henderson |
| | | TERPSTRA HENDERSON |
| | | 578 N. Wilma Avenue, Suite A |
| | | Ripon, CA 95366 |
| | | Office: (209) 599-5003 |
| | | Fax: (209) 599-5008 |
| | | shenderson@thtlaw.com |

*Attorneys for Defendants*

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
Case No. 2:17-cv-00196-JAM-KJN

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: February 21, 2017 */s/ James M. Finberg*
James M. Finberg

# [PROPOSED] ORDER

The following stipulation is approved and IT IS HEREBY ORDERED that Defendants shall have until April 28, 2017 to answer or otherwise respond to the complaint in this action.

Dated: _____            _____
                                                                        Hon. John A. Mendez
                                                                    United States District Judge