| | |
|---|---|
| ALTSHULER BERZON LLP | TERPSTRA HENDERSON |
| JAMES M. FINBERG (SBN 114850) | STACY L. HENDERSON (SBN 222216) |
| EVE H. CERVANTEZ (SBN 164709) | 578 N. Wilma Avenue, Suite A |
| MEREDITH A. JOHNSON (SBN 291018) | Ripon, CA 95366 |
| 177 Post Street, Suite 300 | Office:  (209) 599-5003 |
| San Francisco, CA 94108 | Fax:  (209) 599-5008 |
| Telephone: (415) 421-7151 | shenderson@thtlaw.com |
| Facsimile:(415) 362-8064 | |
| jfinberg@altber.com | *Attorneys for Defendants* |
| ecervantez@altber.com | |
| mjohnson@altber.com | |

CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
DAWSON MORTON (SBN 802667, Registered Legal Services Attorney)
R. ERANDI ZAMORA (SBN 281929)
ALEXANDRA REVELAS (SBN 305201)
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 538-877
Facsimile: (916) 446-3057
dmorton@crlaf.org
ezamora@crlaf.org
arevelas@crlaf.org

*Attorneys for Individual and Representative Plaintiffs*
*HERNAN GUZMAN PADILLA, and CIPRIANO BENITES,*
*individually and on behalf of all others similarly situated.*

[Additional Counsel for Plaintiffs listed on next page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HERNAN GUZMAN PADILLA, and CIPRIANO BENITES, individually and on behalf of all others similarly situated.**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**GERARD VAN DE POL; HENRY VAN DE POL; AND GERARD VAN DE POL AND HENRY VAN DE POL d/b/a/ G&H DAIRY**<br><br>**Defendant.** | Case No. 2:17-cv-00196-JAM-KJN<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

MAYALL HURLEY P.C.
ROBERT J. WASSERMAN, Bar No. 258538
WILLIAM J. GORHAM, Bar No. 151773
NICHOLAS J. SCARDIGLI, Bar No. 249947
VLADIMIR J. KOZINA, Bar No. 284645
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 477-4818
rwasserman@mayallaw.com
wgorham@mayallaw.com
nscardigli@mayallaw.com
vjkozina@mayallaw.com

*Attorneys for Individual and Representative Plaintiffs HERNAN GUZMAN PADILLA, and CIPRIANO BENITES, individually and on behalf of all others similarly situated.*

WHEREAS, the Complaint in this action was served on February 15, 2017;

WHEREAS, in the absence of any extension, pursuant to Fed. R. Civ. P. 12 (a)(1)(A) Defendants would be required to answer or otherwise respond to the complaint on or before March 7, 2017;

WHEREAS, the parties would like to focus their efforts on informal exchange of information and explore the possibility of settlement;

WHEREAS, Defendants have asked to extend the time for them to answer or otherwise respond to the Complaint to April 28, 2017, and Plaintiffs have agreed;

WHEREAS, pursuant to Local Rule 144, an extension of longer than 28 days must be approved by the Court;

The Parties through their counsel of record, hereby stipulate and agree as follows:

1) Defendants should have until April 28, 2017 to answer or otherwise respond to the Complaint in this action.

Dated: February 21, 2017                    ALTSHULER BERZON LLP

                                            By:      */s/ James M. Finberg*
                                                   James M. Finberg
                                                   Eve H. Cervantez
                                                   Meredith A. Johnson
                                                   177 Post Street, Suite 300
                                                   San Francisco, CA 94108
                                                   Telephone: (415) 421-7151
                                                   Facsimile:(415) 362-8064
                                                   jfinberg@altber.com
                                                   ecervantez@altber.com
                                                   mjohnson@altber.com

Dated: February 21, 2017                    CALIFORNIA RURAL LEGAL ASSISTANCE

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
Case No. 2:17-cv-00196-JAM-KJN

|   |   |   |
|---|---|---|
|   |   | FOUNDATION |
|   | By: | /s/ *Dawson Morton* |
|   |   | Dawson Morton |
|   |   | R. Erandi Zamora |
|   |   | Alexandra Revelas |
|   |   | 2210 K Street, Suite 201 |
|   |   | Sacramento, CA 95816 |
|   |   | Telephone: (916) 538-877 |
|   |   | Facsimile: (916) 446-3057 |
|   |   | dmorton@crlaf.org |
|   |   | ezamora@crlaf.org |
|   |   | arevelas@crlaf.org |

Dated: February 21, 2017          MAYALL HURLEY P.C.

By:    /s/ *Robert J. Wasserman*
       Robert J. Wasserman
       William J. Gorham
       Nicholas J. Scardigli
       Vladimir J. Kozina
       2453 Grand Canal Boulevard
       Stockton, California 95207-8253
       Telephone:  (209) 477-3833
       Facsimile:  (209) 477-4818
       rwasserman@mayallaw.com
       wgorham@mayallaw.com
       nscardigli@mayallaw.com
       vjkozina@mayallaw.com

*Attorneys for Individual and Representative Plaintiffs HERNAN GUZMAN PADILLA, and CIPRIANO BENITES, individually and on behalf of all others similarly situated.*

Dated: February 21, 2017          TERPSTRA HENDERSON

By:    /s/ *Stacy L. Henderson*
       Stacy L. Henderson
       TERPSTRA HENDERSON
       578 N. Wilma Avenue, Suite A
       Ripon, CA 95366
       Office:  (209) 599-5003
       Fax:  (209) 599-5008
       shenderson@thtlaw.com

*Attorneys for Defendants*

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
Case No. 2:17-cv-00196-JAM-KJN

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: February 21, 2017                                      */s/ James M. Finberg*
                                                                                James M. Finberg

**ORDER**

The following stipulation is approved and IT IS HEREBY ORDERED that Defendants shall have until April 28, 2017 to answer or otherwise respond to the complaint in this action.

Dated: 2/22/2017                                              /s/ John A. Mendez
                                                                               Hon. John A. Mendez
                                                                               United States District Court Judge