ALTSHULER BERZON LLP
JAMES M. FINBERG (SBN 114850)
EVE H. CERVANTEZ (SBN 164709)
MEREDITH A. JOHNSON (SBN 291018)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altber.com
ecervantez@altber.com
mjohnson@altber.com

DAWSON MORTON (SBN 802667, Registered Legal
Services Attorney)
R. ERANDI ZAMORA (SBN 281929)
ALEXANDRA REVELAS (SBN 305201)
California Rural Legal Assistance Foundation
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 538-877
Facsimile: (916) 446-3057
dmorton@crlaf.org

*Attorneys for individuals HERNAN GUZMAN-
PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN
TORRES PEREZ, and GUILLERMO BENITEZ
SANTIAGO and all others similarly situated.*

[Additional Counsel for Plaintiffs listed on next page]

TERPSTRA HENDERSON
A Professional Corporation
STACY L. HENDERSON (SBN 222216)
578 N. Wilma Avenue, Suite A
Ripon, CA 95366
Office:  (209) 599-5003
Fax:  (209) 599-5008
shenderson@thtlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

HERNAN GUZMAN-PADILLA and CIPRIANO
BENITES, CARLOS FABIAN TORRES PEREZ,
and GUILLERMO
BENITES SANTIAGO individually and on behalf
of all others similarly situated.

                    Plaintiff,

          v.

GERARD VAN DE POL; HENRY VAN DE POL;
AND GERARD VAN DE POL AND HENRY
VAN DE POL d/b/a G & H DAIRY

                    Defendant.

Case No. 2:17-cv-00196-JAM-KJN

**STIPULATION AND ORDER EXTENDING
TIME FOR DEFEDANT TO ANSWER OR
OTHERWISE RESPOND TO THE FIRST
AMENDED COMPLAINT**

ROBERT J. WASSERMAN, Bar No. 258538
WILLIAM J. GORHAM, Bar No. 151773
NICHOLAS J. SCARDIGLI, Bar No. 249947
VLADIMIR J. KOZINA, Bar No. 284645
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 477-4818
rwasserman@mayallaw.com
wgorham@mayallaw.com
nscardigli@mayallaw.com
vjkozina@mayallaw.com

*Attorneys for individuals HERNAN
GUZMAN-PADILLA, CIPRIANO BENITEZ,
CARLOS FABIAN TORRES PEREZ, and
GUILLERMO BENITEZ SANTIAGO and all
others similarly situated.*

**STIPULATION**

WHEREAS Plaintiffs filed a First Amended Complaint on Monday, April 24, 2017;

WHEREAS, absent an extension, Defendants would be required to answer or otherwise respond to that First Amended Complaint by Monday, May 8, 2017;

WHEREAS, the parties are scheduled to participate in a settlement conference presided over by Magistrate Judge Newman on Wednesday, June 7, 2017;

WHEREAS the parties would like to focus their efforts on resolving the case;

The parties through their counsel of record, hereby stipulate and agree as follows:

Defendants shall have up to, and including, Wednesday, June 21, 2017 to answer or otherwise respond to the First Amended Complaint.

Dated: April 26, 2017     ALTSHULER BERZON LLP

        By:      */s/ James M. Finberg*

            James M. Finberg
            Eve H. Cervantez
            Meredith A. Johnson
            177 Post Street, Suite 300
            San Francisco, CA 94108
            Telephone: (415) 421-7151
            Facsimile: (415) 362-8064
            jfinberg@altber.com
            ecervantez@altber.com
            mjohnson@altber.com

Dated: April 26, 2017     CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION

        By:      */s/ Dawson Morton*

            Dawson Morton
            R. Erandi Zamora
            Alexandra Revelas
            2210 K Street, Suite 201
            Sacramento, CA 95816
            Telephone: (916) 538-877
            Facsimile: (916) 446-3057
            dmorton@crlaf.org
            ezamora@crlaf.org
            arevelas@crlaf.org

1    Dated: April 26, 2017                    MAYALL HURLEY P.C.

2                                    By:  _____/s/ Robert J. Wasserman_____

3                                                Robert J. Wasserman
                                                William J. Gorham
4                                                Nicholas J. Scardigli
                                                Vladimir J. Kozina
5                                                2453 Grand Canal Boulevard
                                                Stockton, California 95207-8253
6                                                Telephone:  (209) 477-3833
                                                Facsimile:  (209) 477-4818
7                                                rwasserman@mayallaw.com
                                                wgorham@mayallaw.com
8                                                nscardigli@mayallaw.com
                                                vjkozina@mayallaw.com
9

10                                   *Attorneys for individuals HERNAN GUZMAN-PADILLA,*
                                     *CIPRIANO BENITEZ, CARLOS FABIAN TORRES*
11                                   *PEREZ, and GUILLERMO BENITEZ SANTIAGO and*
                                     *all others similarly situated.*
12

13   Dated: April 26, 2017                    TERPSTRA HENDERSON
                                              A Professional Corporation
14

15                                   By:  _____/s/ Stacy L. Henderson_____

16                                                Stacy L. Henderson
                                                TERPSTRA HENDERSON
17                                                578 N. Wilma Avenue, Suite A
                                                Ripon, CA 95366
18                                                Office:  (209) 599-5003
                                                Fax:  (209) 599-5008
19                                                shenderson@thtlaw.com

20                                   *Attorneys for Defendants*

21

22

23

24

25

26

27

28

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: April 26, 2017

By: /s/ *James M. Finberg*
James M. Finberg

1

**ORDER**

Good cause appearing therefore the stipulation of the parties is approved, and the deadline by which the Defendants must answer or otherwise respond to the First Amended Complaint is extended to Wednesday, June 21, 2017.

Dated: 4/26/2017                    /s/ John A. Mendez

Hon. Judge John A. Mendez