ALTSHULER BERZON LLP
JAMES M. FINBERG (SBN 114850)
EVE H. CERVANTEZ (SBN 164709)
MEREDITH A. JOHNSON (SBN 291018)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altber.com
ecervantez@altber.com
mjohnson@altber.com

DAWSON MORTON (SBN 802667, Registered Legal Services Attorney)
R. ERANDI ZAMORA (SBN 281929)
ALEXANDRA REVELAS (SBN 305201)
California Rural Legal Assistance Foundation
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 538-877
Facsimile: (916) 446-3057
dmorton@crlaf.org

*Attorneys for individuals HERNAN GUZMAN-PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITEZ SANTOYO and all others similarly situated.*

[Additional Counsel for Plaintiffs listed on next page]

TERPSTRA HENDERSON
A Professional Corporation
STACY L. HENDERSON (SBN 222216)
578 N. Wilma Avenue, Suite A
Ripon, CA 95366
Office: (209) 599-5003
Fax: (209) 599-5008
shenderson@thtlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERNAN GUZMAN-PADILLA and CIPRIANO BENITES, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITES SANTOYO individually and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>GERARD VAN DE POL; HENRY VAN DE POL; AND GERARD VAN DE POL AND HENRY VAN DE POL d/b/a G & H DAIRY<br><br>Defendant. | Case No. 2:17-cv-00196-JAM-KJN<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

ROBERT J. WASSERMAN, Bar No. 258538
WILLIAM J. GORHAM, Bar No. 151773
NICHOLAS J. SCARDIGLI, Bar No. 249947
VLADIMIR J. KOZINA, Bar No. 284645
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 477-4818
rwasserman@mayallaw.com
wgorham@mayallaw.com
nscardigli@mayallaw.com
vjkozina@mayallaw.com

*Attorneys for individuals HERNAN GUZMAN-PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITEZ SANTOYO and all others similarly situated.*

## STIPULATION

WHEREAS Plaintiffs would like to file a Second Amended Complaint adding retaliation claims for Guillermo Benitez Santoyo arising from his recent termination;

WHEREAS, Defendants believe the retaliation allegations and claims are without merit, but to conserve resources, do not oppose Plaintiff filing a Second Amended Complaint including them, with the understanding that Defendants are not waiving the right to later contest the merits of those claims;

WHEREAS, the parties are scheduled to participate in a settlement conference presided over by Magistrate Judge Newman on Wednesday, June 7, 2017;

The parties through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs may file a Second Amended Complaint on or before May 23, 2017.

2. Defendants shall have up to, and including, June 21, 2017 to answer or otherwise respond to the Second Amended Complaint.

Dated: May12, 2017

ALTSHULER BERZON LLP

By: *_/s/ James M. Finberg_*

James M. Finberg
Eve H. Cervantez
Meredith A. Johnson
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altber.com
ecervantez@altber.com
mjohnson@altber.com

Dated: May12, 2017

CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION

By: /s/ Dawson Morton

Dawson Morton
R. Erandi Zamora
Alexandra Revelas
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 538-877
Facsimile: (916) 446-3057
dmorton@crlaf.org
ezamora@crlaf.org
arevelas@crlaf.org

Dated: May12, 2017

MAYALL HURLEY P.C.

By: /s/ Robert J. Wasserman

Robert J. Wasserman
William J. Gorham
Nicholas J. Scardigli
Vladimir J. Kozina
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 477-4818
rwasserman@mayallaw.com
wgorham@mayallaw.com
nscardigli@mayallaw.com
vjkozina@mayallaw.com

*Attorneys for individuals HERNAN GUZMAN-PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITEZ SANTOYO and all others similarly situated.*

Dated: May12, 2017

TERPSTRA HENDERSON
A Professional Corporation

By: /s/ *Stacy L. Henderson*

Stacy L. Henderson
TERPSTRA HENDERSON
578 N. Wilma Avenue, Suite A
Ripon, CA 95366
Office: (209) 599-5003
Fax: (209) 599-5008
shenderson@thtlaw.com

*Attorneys for Defendants*

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: May12, 2017

By: /s/ *James M. Finberg*
James M. Finberg

**ORDER**

Good cause appearing therefore the stipulation of the parties is approved, and the following is ordered:

1. Plaintiffs may file a Second Amended Complaint on or before May 23, 2017.

2. Defendants shall have up to, and including, June 21, 2017 to answer or otherwise respond to the Second Amended Complaint.

Dated: 5-15-2017

Hon. Judge John A. Mendez
United States District Court Judge