UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUZMAN-PADILLA, et al., | No. 2:17-cv-00196-KJN |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| VAN DE POL, et al., | |
| Defendants. | |

Presently pending before the court is plaintiffs' unopposed motion for conditional certification of classes and preliminary approval of stipulated class action settlement and consent decree. (ECF No. 28.) A hearing on this motion is set for August 10, 2017, so that the court may perform a preliminary fairness evaluation under Federal Rule of Civil Procedure 23(e). (<u>Id.</u>)

On June 7, 2017, the undersigned conducted a day-long settlement conference with the parties, who reached the tentative agreement memorialized in plaintiff's motion. (ECF No. 25.) After the parties consented, this case was reassigned to the undersigned on July 5, 2017. (<u>See</u> ECF Nos. 19, 26, 27.) Due to the undersigned's involvement in the settlement conference and knowledge of the case, a hearing is not necessary to facilitate the court's preliminary fairness evaluation.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' unopposed motion for conditional certification of classes and preliminary approval of stipulated class action settlement and consent decree (ECF No. 28) is taken under submission on the briefs without oral argument pursuant to Local Rule 230(g).

2. The hearing date of August 10, 2017, is VACATED. The court will reschedule the hearing on its motion if it is deemed necessary.

IT IS SO ORDERED.

Dated: August 9, 2017

14/17-196.Guzman-Padilla. Submission Order

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE