ALTSHULER BERZON LLP
JAMES M. FINBERG (SBN 114850)
EVE H. CERVANTEZ (SBN 164709)
MEREDITH A. JOHNSON (SBN 291018)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile:(415) 362-8064
jfinberg@altber.com
ecervantez@altber.com
mjohnson@altber.com

CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
DAWSON MORTON (SBN 802667, Registered Legal Services Attorney)
R. ERANDI ZAMORA (SBN 281929)
ALEXANDRA REVELAS (SBN 305201)
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 538-877
Facsimile: (916) 446-3057
dmorton@crlaf.org
ezamora@crlaf.org
arevelas@crlaf.org

*Attorneys for individuals HERNAN GUZMAN-PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITEZ SANTOYO and the Employee and Housing Classes*

[Additional Counsel for Plaintiffs listed on next page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HERNAN GUZMAN-PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITEZ SANTOYO individually and on behalf of all others similarly situated.**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**GERARD VAN DE POL; HENRY VAN DE POL; AND GERARD VAN DE POL AND HENRY VAN DE POL d/b/a/ G&H DAIRY**<br><br>**Defendant.** | Case No. 2:17-cv-00196-JAM-KJN<br><br>**[PROPOSED]** **ORDER GRANTING AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS**<br><br><br>Date: October 12, 2017<br>Time: 10:00 am<br>Judge: Hon. Magistrate Judge Newman<br>Courtroom 25, 8th Floor |

MAYALL HURLEY P.C.
ROBERT J. WASSERMAN, Bar No. 258538
WILLIAM J. GORHAM, Bar No. 151773
NICHOLAS J. SCARDIGLI, Bar No. 249947
VLADIMIR J. KOZINA, Bar No. 284645
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 477-4818
rwasserman@mayallaw.com
wgorham@mayallaw.com
nscardigli@mayallaw.com
vjkozina@mayallaw.com

*Attorneys for individuals HERNAN GUZMAN-PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITEZ SANTOYO and the Employee and Housing Classes*

1      The Court having considered Class Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Costs and Expenses, and the supporting declarations, and being familiar with this action, HEREBY FINDS AS FOLLOWS:

      1.      Notice of the requested award of attorneys' fees and reimbursement of costs and expenses was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure;

      2.      Class Members and any party from whom payment is sought have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2);

      3.      No class member has objected to the requested fees and expenses;

      4.      The time spent by Class Counsel on this case was reasonable;

      5.      While the court has some reservations about the individual hourly rates charged by Class Counsel, the total attorneys' fees request, which is for far less than Class Counsels' actual time expended on this case, is reasonable;

      6.      The costs and expenses incurred by Class Counsel are reasonable;

      7.      The requested award of $170,000.00 for attorneys' fees and costs and expenses is fair and reasonable.

      Accordingly, IT IS HEREBY ORDERED as follows:

      Class Counsel are hereby awarded attorneys' fees and costs and expenses in the amount of $170,000.00 for work performed and costs and expenses incurred prior to the hearing on final approval.

Dated: October 13, 2017

                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE