ALTSHULER BERZON LLP
JAMES M. FINBERG (SBN 114850)
EVE H. CERVANTEZ (SBN 164709)
MEREDITH A. JOHNSON (SBN 291018)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile:(415) 362-8064
jfinberg@altber.com
ecervantez@altber.com
mjohnson@altber.com

CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
DAWSON MORTON (SBN 802667, Registered Legal Services Attorney)
R. ERANDI ZAMORA (SBN 281929)
ALEXANDRA REVELAS (SBN 305201)
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 538-877
Facsimile: (916) 446-3057
dmorton@crlaf.org
ezamora@crlaf.org
arevelas@crlaf.org

*Attorneys for individuals HERNAN GUZMAN-PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITEZ SANTOYO and the Employee and Housing Classes*

[Additional Counsel for Plaintiffs listed on next page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HERNAN GUZMAN-PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITEZ SANTOYO individually and on behalf of all others similarly situated.**<br><br>       **Plaintiffs,**<br><br>       vs.<br><br>**GERARD VAN DE POL; HENRY VAN DE POL; AND GERARD VAN DE POL AND HENRY VAN DE POL d/b/a/ G&H DAIRY**<br><br>       **Defendant.** | Case No. 2:17-cv-00196-JAM-KJN<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF SERVICE AWARDS<br><br><br>Date: October 12, 2017<br>Time: 10:00 am<br>Judge: Hon. Magistrate Judge Newman<br>       Courtroom 25, 8th Floor |

1 | MAYALL HURLEY P.C.
ROBERT J. WASSERMAN, Bar No. 258538
2 | WILLIAM J. GORHAM, Bar No. 151773
3 | NICHOLAS J. SCARDIGLI, Bar No. 249947
VLADIMIR J. KOZINA, Bar No. 284645
4 | 2453 Grand Canal Boulevard
Stockton, California 95207-8253
5 | Telephone: (209) 477-3833
Facsimile: (209) 477-4818
6 | rwasserman@mayallaw.com
7 | wgorham@mayallaw.com
nscardigli@mayallaw.com
8 | vjkozina@mayallaw.com

*Attorneys for individuals HERNAN GUZMAN-PADILLA, CIPRIANO BENITEZ, CARLOS FABIAN TORRES PEREZ, and GUILLERMO BENITEZ SANTOYO and the Employee and Housing Classes*

1         Plaintiffs' Motion for Approval of Service Payments came on for hearing before this Court on October 12, 2017. Having considered the arguments and evidence, and for the reasons that follow, the Court hereby GRANTS Plaintiffs' motion and awards class representative service payments of $500 to each of the four Named Plaintiffs (Hernan Guzman-Padilla, Cipriano Benitez, Carlos Fabian Torres Perez, And Guillermo Benitez Santoyo), for a total of $2,000, as is authorized under the terms of the [Proposed] Consent Decree. (Dkt. 28-5 at 16).

        In the Ninth Circuit, it is typical to award a service payment to class representatives for their work as "private attorn[ies] general" in helping to prosecute a class action for the collective benefit of the class. *Rodriguez v. W. Publ'g Corp.,* 563 F.3d 948, 958-59 (9th Cir. 2009). In determining whether class representatives are entitled to reasonable service awards, courts consider all "relevant factors includ[ing] the actions the plaintiff has taken to protect the interests of the class, the degree to which the class has benefitted from those actions, . . . the amount of time and effort the plaintiff expended in pursuing the litigation . . . and reasonabl[e] fear[s of] workplace retaliation." *Staton v. Boeing Co.,* 327 F.3d 938, 977 (9th Cir. 2003) (citation omitted).

        Here, each of these factors weighs in favor of granting Plaintiffs' motion. First, each of the four Named Plaintiffs took significant actions to protect the interests of the classes they represented, from which the class members benefitted as a whole. As detailed in the declarations submitted in support of Plaintiffs' Motion, each Named Plaintiff spent numerous hours assisting in the prosecution and eventual settlement of this case, maintaining close contact with Class Counsel and providing valuable factual information and insight. Specifically, each Named Plaintiff participated actively in this litigation by, among other things, speaking with counsel in their initial investigation of potential claims, reviewing the draft complaint allegations, searching for and gathering documents, communicating with class members, participating in mediation strategy discussions, and reviewing proposed settlement terms. Named Plaintiffs' efforts resulted in a [Proposed] Consent Decree that affords substantial monetary and injunctive relief.

        For all these reasons, the Court finds that class representative service payments are justified in this action and that the amounts requested are reasonable under the circumstances. Accordingly,

the Court awards service payments of $500 to each of the four Named Plaintiffs, for a total service payment award of $2,000.

**IT IS SO ORDERED.**

Dated: October 13, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF SERVICE PAYMENTS;
CASE NO. 2:17-CV-00196-KJN